

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00860-CR

**EX PARTE** Donald Curtis **BRASSFIELD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1899-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED January 30, 2019.

_____
Liza A. Rodriguez, Justice